IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STATE FARM LIFE INSURANCE COMPANY                                                    PLAINTIFF

v.                                            Case No. 4:17-CV-4063

JAMES GULLEY; MICHAEL ARMSTRONG;
ALVITA JONES; BRANDON'S MORTUARY, INC.;
AND ALBERTA BRANDON
D/B/A BRANDON'S MORTUARY, INC.                                                       DEFENDANTS

## JOINT RULE 26(f) REPORT

Pursuant to this Court's Initial Scheduling Order of August 17, 2017, the parties submit the following Joint Rule 26(f) Report:

**(1)** **Any changes in timing, form, or requirements of mandatory disclosures under Fed.R.Civ.P. 26(a).**

None anticipated.

**(2)** **Date when mandatory disclosures were or will be made.**

November 7, 2017.

**(3)** **Subjects on which discovery may be needed.**

The entitlement of various claimants to life insurance benefits.

**(4)** **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

At this time, it is unknown whether any party will be requested to produce information from electronic or computer-based media. It is anticipated that any such request, if made, will be limited to that reasonably available to the parties in the ordinary course of business. It is further anticipated that any electronic information will be provided either in native format or by pdf. At this time, the parties believe that reasonable measures have been taken

to potentially preserve any discoverable data from alteration or destruction. No problems are anticipated in connection with any potential electronic or computer-based discovery.

**(5)** **Date by which discovery should be completed.**

April 23, 2018

**(6)** **Any needed changes in limitations imposed by the Federal Rule of Civil Procedure.**

None anticipated.

**(7)** **Any Orders, e.g. protective orders, which should be entered.**

None anticipated at this time.

**(8)** **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

None.

**(9)** **Any objections to the proposed trial date.**

None.

**(10)** **Proposed deadline for joining other parties and amending the pleadings.**

March 23, 2018.

**(11)** **Proposed deadlines for completing discovery.**

April 23, 2018.

**(12)** **Proposed deadline for filing motions other than motions for class certification.**

It is anticipated that all dispositive motions will be filed by May 22, 2018, and that all motions in limine and any other motions will be filed on or before July 20, 2018.

**(13)** **Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.**

Not applicable.

Respectfully submitted,

MUNSON, ROWLETT, MOORE & BOONE, P.A.
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas  72201
Telephone:  (501) 374-6535
Facsimile:  (501) 374-5906
Shane.strabala@mrmblaw.com

BY: */s/   Shane Strabala*
         SHANE STRABALA, AR BIN 2000080
         *Attorney for State Farm Life Insurance Company*


HURST LAW GROUP
518 Ouachita Avenue
Hot Springs, Arkansas 71901
Telephone: (501) 623-2565
Facsimile: (501) 623-9391
justin@hurstlaw.org

BY: */s/   Justin B. Hurst*
         JUSTIN B. HURST, AR BIN 2005021
         *Attorney for Brandon's Mortuary, Inc., & Alberta*
         *Brandon d/b/a Brandon's Mortuary, Inc.*


MONTGOMERY LAW FIRM, PLLC
BancorpSouth Bldg. | 200 S. Elm
P.O. Box 785
Hope, Arkansas 71802
Telephone: (870) 777-6700 e
Facsimile: (870) 777-6703
blake@bmontgomerylaw.com

BY: */s/   Wm. Blake Montgomery*
         WM. BLAKE MONTGOMERY, AR BIN 2015043
         *Attorney for James Gulley*

FRIEDMAN LAW OFFICE
200 West Broad Street
Texarkana, TX 75501
Telephone: 903-949-6364
Facsimile: 903-792-0468
mafriedman@texarkanalegal.com

BY: */s/ Michael Allan Friedman*
      MICHAEL ALLAN FRIEDMAN,
      TX BIN 07469400
      *Attorney for Michael Armstrong and Alvita Jones*