IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STATE FARM LIFE INSURANCE COMPANY                                    PLAINTIFF

v.                                    Case No. 17-4063

JAMES GULLEY; MICHAEL ARMSTRONG;
ALVITA JONES; BRANDON'S MORTUARY, INC.;
AND ALBERTA BRANDON D/B/A
BRANDON'S MORTUARY, INC.                                             DEFENDANTS

## BRIEF IN SUPPORT OF MOTION TO COMPEL

Rule 26(b) of the Federal Rules of Civil Procedure states that "Parties may obtain discovery regarding any matter, not privileged, which is relevant to the issues in the pending action . . ." The Interrogatory made the subject of State Farm Life Insurance Company's Motion to Compel requests non-privileged information that is relevant to the issues in the pending action. The Interrogatory was served on or about November 20, 2017, and to date Brandon's Mortuary, Inc. and Alberta Brandon, d/b/a Brandon's Mortuary, Inc. have failed to provide responses as required by Federal Rules of Civil Procedure 33 and 34. It is imperative that State Farm receive the information requested in the Interrogatory in order to protect its interests and prepare for trial. The Order sought in this motion is proper pursuant to Federal Rule of Civil Procedure 37.

WHEREFORE, Plaintiff State Farm Life Insurance Company prays the Court grant its Motion to Compel Brandon's Mortuary, Inc. and Alberta Brandon, d/b/a Brandon's Mortuary, Inc. to respond to its Interrogatory, and for all other just and proper relief.

Respectfully submitted,

MUNSON, ROWLETT, MOORE & BOONE, P.A.
1900 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas  72201
Telephone:  (501) 374-6535
Facsimile:  (501) 374-5906
Shane.strabala@mrmblaw.com


BY:  */s/   Shane Strabala*
        SHANE STRABALA, AR BIN 2000080
        *Attorney for State Farm Life Insurance Company*


## CERTIFICATE OF SERVICE

I, Shane Strabala, state that on this 7th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Justin B. Hurst
HURST LAW GROUP
518 Ouachita Avenue
Hot Springs, Arkansas 71901

Wm. Blake Montgomery
MONTGOMERY LAW FIRM, PLLC
BancorpSouth Bldg. | 200 S. Elm
P.O. Box 785
Hope, Arkansas 71802

Michael Allan Friedman
FRIEDMAN LAW OFFICE
200 West Broad Street
Texarkana, TX 75501


                        */s/   Shane Strabala*
                        SHANE STRABALA

- 2 -